UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EMPRESS RAYONNA EUKEYA EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:22-CV-84-D** |
| FOURTH JUDICIAL CIRCUIT, CIRCUIT ) | |
| COURT VANCE COUNTY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the record and ADOPTS the conclusions in the M&R [D.E. 11 ], and GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 4]. The court DISMISSES WITH PREJUDICE plaintiff's complaint as frivolous.

**This Judgment Filed and Entered on May 18, 2022, and Copies To:**

| | |
|---|---|
| Empress Rayonna Eukeya El | (Sent to Post Office Box 11304 Loudenville, NY 12211-9998 via US Mail) |

DATE:  
May 18, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk